■ PSKW, LLC, on Behalf of Itself and as Assignee of Touch Tone Media, Inc., Appellant, v McKesson Specialty Arizona, Inc., Respondent. [918 NYS2d 876]—

Defendant having made a threshold showing of its entitlement to the protection of the attorney-client privilege, the court, in its discretion, was free to conduct an in camera review of the withheld documents. Concur—Andrias, J.P., Saxe, Friedman, Moskowitz and Richter, JJ.